1  James D. Burnside III (75977)
   DOWLING AARON INCORPORATED
2  8080 North Palm Avenue, Third Floor
   Fresno, CA  93711
3  (P.O. Box 28902, Fresno, CA  93729-8902)
   Tel:  (559) 432-4500
4  Fax: (559) 432-4590
   jburnside@dowlingaaron.com
5
   Attorneys for Defendants SAMUEL A. LUCIDO, Trustee of the
6  SAMUEL AND LINDA LUCIDO LIVING TRUST, under
   declaration of trust dated 12-5-06; LINDA A. LUCIDO, Trustee
7  of the SAMUEL AND LINDA LUCIDO LIVING TRUST,
   under declaration of trust dated 12-5-06
8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11 | RONALD MOORE,                          | Case No. 1:15-cv-00508-LJO-SAB
12 |                Plaintiff,              | STIPULATION AND ORDER TO
   |                                        | CONTINUE MANDATORY SCHEDULING
13 | vs.                                    | CONFERENCE
14 | ALEX DE LA MORA dba COLIMA'S FADE
   | SHOP; SAMUEL A. LUCIDO, Trustee of the
15 | SAMUEL AND LINDA LUCIDO LIVING
   | TRUST, under declaration of trust dated 12-5-
16 | 06; LINDA A. LUCIDO, Trustee of the
   | SAMUEL AND LINDA LUCIDO LIVING
17 | TRUST, under declaration of trust dated 12-5-
   | 06,
18 |
   |                Defendants.
19

20                            **STIPULATION**

21         WHEREAS, Plaintiff in this action is pursuing remedies based on allegations of

22  denial of right of access under the Americans with Disabilities Act.  Plaintiff alleges that both

23  Colima's Fade Shop, 7277 North Blackstone Avenue, Pinedale, CA 93650, and the shopping

24  center itself fail to comply with legal requirements concerning wheelchair access.

25         The parties have succeeded in reaching a tentative agreement on injunctive relief.

26  They continue to negotiate over monetary relief.  So as to allow the parties sufficient time to

27  complete their settlement negotiations, it is requested the Mandatory Scheduling Conference set

28  for August 25, 2015, be continued six weeks.

NOW, THEREFORE, the parties, by and through their counsel of record, hereby stipulate to continuing the Mandatory Scheduling Conference from August 25, 2015, to October 5, 2015.

Dated:   July 29, 2015                MOORE LAW FIRM P.C.

By: /s/ TANYA E. MOORE
TANYA E. MOORE
Attorneys for Plaintiff RONALD MOORE

Dated:   July 29, 2015                DOWLING AARON INCORPORATED

By: /s/ JAMES D. BURNSIDE III
JAMES D. BURNSIDE III
Attorneys for Defendants SAMUEL A. LUCIDO, Trustee of the SAMUEL AND LINDA LUCIDO LIVING TRUST, under declaration of trust dated 12-5-06, and LINDA A. LUCIDO, Trustee of the SAMUEL AND LINDA LUCIDO LIVING TRUST, under declaration of trust dated 12-5-06

Dated:   July 29, 2015                CHIELPEGIAN LAW OFFICES,
A Professional Corporation

By: /s/ LEE S.W. COBB
LEE S.W. COBB
Attorneys for Defendant Alex De La Mora dba Colima's Fade Shop

///
///
///
///
///
///

<u>ORDER</u>

Upon reviewing the stipulation of counsel and good cause appearing,

IT IS ORDERED that the Mandatory Scheduling Conference is continued from August 25, 2015, at 9:15 a.m. in Courtroom 9, to October 5, 2015, at 9:15 a.m. in Courtroom 9, with telephonic appearances approved as they were for the August 25th date.  The Joint Scheduling Report shall be filed at least one full week prior to the continued scheduling conference date.

IT IS SO ORDERED.

Dated:   **July 30, 2015**

UNITED STATES MAGISTRATE JUDGE