1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:15-cv-00508-LJO-SAB |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| ALEX DE LA MORA dba COLIMA'S FADE SHOP, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Alex De La Mora dba Colima's Fade Shop; Samuel A. Lucido, Trustee of the Samuel and Linda Lucido Living Trust, under declaration of trust dated 12-5-06; and Linda A. Lucido, Trustee of the Samuel and Linda Lucido Living Trust, under declaration of trust dated 12-5-06, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: August 26, 2015                    MOORE LAW FIRM, P.C.


                                         */s/ Tanya E. Moore*
                                         Tanya E. Moore
                                         Attorney for Plaintiff
                                         Ronald Moore

STIPULATION FOR DISMISSAL OF ACTION; ORDER

Page 1

| | | |
|---|---|---|
| 1 | Date: August 26, 2015 | CHIELPEGIAN LAW OFFICES |
| 2 | | |
| 3 | | */s/ Lee S.W. Cobb* |
| 4 | | Lee S.W. Cobb<br>Attorneys for Defendant |
| 5 | | Alex De La Mora dba Colima's Fade Shop |
| 6 | Date: August 26, 2015 | DOWLING AARON INCORPORATED |

*/s/ James D. Burnside*
James D. Burnside
Attorneys for Defendants
Samuel A. Lucido, Trustee of the Samuel and Linda Lucido Living Trust, under declaration of trust dated 12-5-06; and Linda A. Lucido, Trustee of the Samuel and Linda Lucido Living Trust, under declaration of trust dated 12-5-06

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **August 26, 2015**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF ACTION; ORDER